# EXHIBIT B

**Lawson, Megan M.**

| | |
|---|---|
| **From:** | Conway, Catherine A. |
| **Sent:** | Monday, June 2, 2025 3:07 PM |
| **To:** | Lawson, Megan M.; Cripps, Jesse A. |
| **Subject:** | Fwd: Activity in Case 3:25-cv-04534-LB Doe v. Chevron et al |

FYI
**Catherine A. Conway**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7822 • Fax +1 213.229.6822
CConway@gibsondunn.com • www.gibsondunn.c

Begin forwarded message:

**From:** "Conway, Catherine A." <CConway@gibsondunn.com>
**Date:** June 2, 2025 at 2:57:51 PM PDT
**To:** Schwartz Bryan <bryan@bryanschwartzlaw.com>
**Subject: Re: Activity in Case 3:25-cv-04534-LB Doe v. Chevron et al**

We are definitely opposing it. We will file today. Cathy
**Catherine A. Conway**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7822 • Fax +1 213.229.6822
CConway@gibsondunn.com • www.gibsondunn.c

On Jun 2, 2025, at 2:37 PM, Bryan Schwartz <bryan@bryanschwartzlaw.com> wrote:

**This Message Is From an External Sender**
This message came from outside your organization.

Assume you aren't going to oppose the pseudonym motion, right?

On Mon, Jun 2, 2025 at 2:34 PM <ECF-CAND@cand.uscourts.gov> wrote:

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each

1

**document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

## California Northern District

## Notice of Electronic Filing

The following transaction was entered by Conway, Catherine on 6/2/2025 at 2:33 PM and filed on 6/2/2025

**Case Name:** Doe v. Chevron et al
**Case Number:** 3:25-cv-04534-LB
**Filer:**
**Document Number:** 9(No document attached)

**Docket Text:**
**NOTICE of Appearance filed by Catherine A. Conway on behalf of Chevron, Chevron Global Technology Services Company (Conway, Catherine) (Filed on 6/2/2025)**

**3:25-cv-04534-LB Notice has been electronically mailed to:**

Bryan Jeffrey Schwartz &nbsp &nbsp bryan@bryanschwartzlaw.com, aviva@bryanschwartzlaw.com, erica@bryanschwartzlaw.com

Catherine A. Conway &nbsp &nbsp cconway@gibsondunn.com

Erica Posey &nbsp &nbsp erica@bryanschwartzlaw.com

Jesse A. Cripps , Jr &nbsp &nbsp jcripps@gibsondunn.com, cconway@gibsondunn.com, mostrye@gibsondunn.com, PACER-CA@gibsondunn.com

**3:25-cv-04534-LB Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**


--

Pronouns: He/Him/His
Bryan Schwartz Law, P.C.
180 Grand, Suite 1380
Oakland, California 94612
Tel. (510) 444-9300
Fax (510) 444-9301

Email: Bryan@BryanSchwartzLaw.com
Website: www.BryanSchwartzLaw.com

The information contained in this transmission is attorney-client privileged, attorney work product, and/or confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified: of the inadvertent disclosure of this message; to return the message to its original sender and delete all copies in your possession; and, that any dissemination, distribution, or copying of this communication is strictly prohibited.