1  BRYAN SCHWARTZ LAW, P.C.
2  Bryan Schwartz (SBN 209903)
   Erica Posey (SBN 356109)
3  180 Grand Avenue, Suite 1380
   Oakland, CA 94612
4  Tel. (510) 444-9300
   Fax (510) 444-9301
5  Email: bryan@bryanschwartzlaw.com
6          erica@bryanschwartzlaw.com

7  *Attorneys for Plaintiff Ryan Padden*

8

9

10

11              **IN THE UNITED STATES DISTRICT COURT**

12              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

13

14

15  RYAN PADDEN, an individual            | Case No. 3:25-cv-04534

16          Plaintiff,                    | **[PROPOSED]** ORDER GRANTING
                                          | **PLAINTIFF'S ADMINISTRATIVE**
17      v.                                | **MOTION TO FILE UNDER SEAL AND**
                                          | **SUBSTITUTE REDACTED PLEADING**
18  CHEVRON CORPORATION, and
19  CHEVRON GLOBAL TECHNOLOGY             | Complaint Filed: May 29, 2025
    SERVICES CO.                          | Judge: Hon. William H. Orrick
20
          Defendants.
21

22

23

24

25

26

27

28

1                           **[PROPOSED] ORDER**

2       Plaintiff Ryan Padden ("Plaintiff") has filed with the Court an Administrative Motion to File

3  Under Seal and Substitute Redacted Pleading ("Motion"). As set forth in Plaintiff's Motion,

4  Plaintiff has lodged the following documents with this Court:

5       1. Plaintiff's Administrative Motion To File Under Seal And Substitute Redacted Pleading.

6       2. Declaration of Erica Posey ISO  Administrative Motion To File Under Seal And Substitute

7          Redacted Pleading.

8       3. Exhibit A – [REDACTED] Complaint for Damages

9       4. Exhibit B – [FILED UNDER SEAL] Complaint for Damages

10      The following redactions have been made in Exhibit A:

| Page and Line Number | Reason to be Sealed |
|---|---|
| 4:5-6 | Discloses Plaintiff's minor child's private medical diagnosis. |
| 5:24 | Discloses nature of Plaintiff's minor child's disability. |
| 5:27 | Discloses nature of Plaintiff's minor child's disability. |
| 6:11 | Discloses nature of Plaintiff's minor child's disability. |
| 6:23 | Discloses nature of Plaintiff's minor child's disability. |
| 6:25 | Discloses nature of Plaintiff's minor child's disability. |
| 7:8 | Discloses nature of Plaintiff's minor child's disability. |
| 12:22 | Discloses Plaintiff's minor child's private medical diagnosis. |

- 1 -
[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

| | |
|---|---|
| 12:24 | Discloses Plaintiff's minor child's private medical diagnosis. |

Having considered Plaintiff's Administrative Motion to File Under Seal and Substitute Redacted Pleading, it is hereby ordered that Plaintiff's Motion is GRANTED. Upon receipt by the Clerk of Court, the unredacted complaint identifying the Plaintiff's name shall be filed under seal, and the redacted complaint shall be substituted for the current ECF No. 1.

**IT IS SO ORDERED.**

Dated: August 27, 2025



Honorable William H. Orrick