| | |
|---|---|
| BRYAN SCHWARTZ LAW, P.C.<br>Bryan Schwartz (SBN 209903)<br>Erica Posey (SBN 356109)<br>180 Grand Avenue, Suite 1380<br>Oakland, CA 94612<br>Tel. (510) 444-9300<br>Fax (510) 444-9301<br>Email: bryan@bryanschwartzlaw.com<br>          erica@bryanschwartzlaw.com<br><br>Attorneys for Plaintiff RYAN PADDEN | GIBSON, DUNN & CRUTCHER LLP<br>CATHERINE A. CONWAY, SBN 98366<br>cconway@gibsondunn.com<br>JESSE A. CRIPPS, SBN 222285<br>jcripps@gibsondunn.com<br>JESSICA DENT, SBN 318216<br>jdent@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, California 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>Attorneys for Defendants<br>CHEVRON CORPORATION, and CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN J. PADDEN, an individual,<br><br>             Plaintiff,<br><br>      vs.<br><br>CHEVRON CORPORATION, and CHEVRON GLOBAL TECHNOLOGY SERVICES CO.,<br><br>             Defendants. | CASE NO. 3:25-cv-04534-WHO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**<br><br>Judge: Hon. William H. Orrick |

Plaintiff Ryan Padden and Defendants Chevron Corporation and Chevron Global Technology Services Co. hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Respectfully Submitted,

**BRYAN SCHWARTZ LAW, PC**

DATED: October 7, 2025   By: /s/ Erica Posey
   Bryan Schwartz
   Erica Posey

*Attorneys for Plaintiff Ryan Padden*

**GIBSON, DUNN & CRUTCHER LLP**

DATED: October 7, 2025   By: /s/ Catherine Conway
   Catherine Conway
   Jesse Cripps
   Jessica Dent

*Attorneys for Defendants Chevron Corporation and Chevron Global Technology Services Company*

IT IS SO ORDERED. This action is hereby dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is ordered to close the file.

Date: October 7, 2025

Hon. William S. Orrick